ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
OCT - 6 2008
CENTRAL DISTRICT OF CALIFORNIA
BY                        DEPUTY

FILED
CLERK, U.S.D.C. SOUTHERN DIVISION
OCT - 6 2008
CENTRAL DISTRICT OF CALIFORNIA
BY                        DEPUTY

JS-6
ENTERED

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLINT MORENO, | Case No. CV 08-596 RNB |
| Plaintiff, | **JUDGMENT** |
| vs. | |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | |
| Defendant. | |

In accordance with the Order Reversing Decision of Commissioner and Remanding for Further Administrative Proceedings filed herewith,

IT IS HEREBY ADJUDGED that the decision of the Commissioner of Social Security is reversed and this matter is remanded for further administrative proceedings pursuant to sentence four of 42 U.S. C. § 405(g).

DATED: October 6, 2008

ROBERT N. BLOCK
UNITED STATES MAGISTRATE JUDGE